1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALLEN HAMMLER,                          No.  2:23-cv-02778-JDP (PC)

12              Plaintiff,

13         v.                                  ORDER DIRECTING PLAINTIFF TO FILE
                                               EITHER AN APPLICATION TO PROCEED
14    SACRAMENTO COUNTY, *et al.*,             *IN FORMA PAUPERIS* OR PAY THE
                                               REQUIRED FILING FEE
15              Defendants.

16

17         Plaintiff, a state inmate proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the

19    required filing fee of $350.00 plus the $55.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

20    1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21    support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

22         Plaintiff is cautioned that the *in forma pauperis* application form includes a section that

23    must be completed by a prison official, and the form must be accompanied by a certified copy of

24    plaintiff's prison trust account statement for the six-month period immediately preceding the

25    filing of this action.

26

27         [1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $55.00 administrative fee.

                                        1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   December 4, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE